UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A SU,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN MICHAEL MEZA, et al.,<br><br>   Defendants. | Case No.  23-cv-01714-VC<br><br>**ORDER RE APPLICATION FOR TRO**<br><br>Re: Dkt. No. 5 |

The Secretary of Labor is ordered to serve the motion for a temporary restraining order and this order on the defendants and file proof of service today. The defendants are ordered to file a response by Friday, April 14, and to preserve all records that could conceivably relate to this dispute.

  **IT IS SO ORDERED.**

Dated: April 11, 2023

                VINCE CHHABRIA
                United States District Judge