UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A SU,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN MICHAEL MEZA, et al.,<br><br>    Defendants. | Case No.  23-cv-01714-VC<br><br>**ORDER CONVERTING MOTION FOR TRO TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 5 |

   The Secretary of Labor has not shown that the situation is so emergent as to require a temporary restraining order on—essentially—an ex parte basis. The Secretary's motion is converted to a motion for a preliminary injunction. A response from the defendants is due by May 11, any reply is due by May 18 and a hearing is set for 10 a.m. on Thursday, May 25, Courtroom 5 in San Francisco.

   **IT IS SO ORDERED.**

Dated: May 2, 2023

_____
VINCE CHHABRIA
United States District Judge