UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A SU,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN MICHAEL MEZA, et al.,<br><br>        Defendants. | Case No. 23-cv-01714-VC<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE PRELIMINARY INJUNCTION ORDER**<br><br>Re: Dkt. No. 25 |

      The Secretary's motion for an order to show cause is granted. An evidentiary hearing on whether the defendants should be held in contempt for the violations alleged in the Secretary's motion will take place on September 18 and 19, 2023. The individual defendants must appear at the hearing in person to testify under oath. All documents a party intends to rely on at the hearing must be produced to the opposing party by August 31, 2023. To the extent that a disclosure would identify employees who are cooperating with the Wage and Hour Division's investigation, the Secretary does not need to produce that information to the defendants.

      The parties must file pre-hearing briefs by September 11, 2023. In those briefs, the parties are required to set forth the applicable standard for a contempt finding, lay out what they intend to prove at the hearing, and describe the evidence they will rely upon. The parties must also submit a joint Case Management Statement by September 11, 2023. The Case Management Statement should lay out a proposed schedule (or competing proposed schedules) for adjudicating this case through to trial.

      **IT IS SO ORDERED.**

Dated: August 10, 2023

_____
VINCE CHHABRIA
United States District Judge

2